Filed: November 3, 2015

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

BRIEFING ORDER - SOCIAL SECURITY

_____

No. 15-2352,   <u>Manly Hook v. Carolyn Colvin</u>
6:14-cv-01311-TMC

Briefing shall proceed on the following schedule:

Administrative record due: 12/14/2015

Appendix due: 01/22/2016

Opening brief due: 01/22/2016

Response brief due: 02/24/2016

Reply brief permitted within 14 days of service of response brief.

**Effective October 1, 2015, the court requires only one paper copy of briefs and appendices** unless the case is to be argued, in which event four paper copies are required. (Local Rules 30(b)(4) & 31(d)). The notice tentatively assigning a case for argument requires counsel to file three additional paper copies of their previously filed briefs and appendices.

Government counsel shall file either an electronic administrative record (ECF event-**Administrative record (electronic form)**) or one paper administrative record (ECF event-**Notice of paper filing**). Electronic filing is preferred.

If the Government files the administrative record in electronic form, appellant may adopt the administrative record in lieu of incorporating the administrative record into the electronic appendix. Use ECF event-**Administrative record adopted (paper copy filed)** and file one paper copy of the administrative record securely bound down the left side, with a white cover. Double-sided copying is preferred.

Appellant must also file electronic and paper versions (1 paper copy) of an appendix containing any district court documents necessary for appellate review. (ECF event-**APPENDIX (electronic & paper form)**).

If the administrative record is filed in paper form, appellant must include any necessary documents from both the administrative record and the district court record in the electronic and paper versions (1 paper copy) of the appendix. (ECF event-**APPENDIX (electronic & paper form)**).

If a case has not been scheduled for a mediation conference, but counsel believes such a conference would be beneficial, counsel should contact the Office of the Circuit Mediator directly at 843-521-4022, and a mediation conference will be scheduled. In such a case, the reason for scheduling the conference will be kept confidential.

Failure to file an opening brief within the scheduled time will lead to dismissal of the case pursuant to Local Rule 45 for failure to prosecute; failure to file a response brief will result in loss of the right to be heard at oral argument and may lead to imposition of sanctions if counsel has failed to comply with the court's directives. The court discourages motions for extension of time and grants extensions of the briefing schedule only in extraordinary circumstances upon a showing of good cause. Local Rule 31(c). If a brief is filed after its due date, the time for filing subsequent briefs will be extended by the number of days the brief was late.

Pursuant to Local Rule 34(a), the court may, on its own initiative and without prior notice, screen an appeal for decision on the parties' briefs without oral argument. If a case is selected for the oral argument calendar, counsel will receive notice that the case has been tentatively calendared for a specific court session approximately two months in advance of the session.

                                        /s/ PATRICIA S. CONNOR, CLERK
                                        By: Cathi Bennett, Deputy Clerk