FILED: February 3, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2352
(6:14-cv-01311-TMC)
_____

MANLY HOWELL HOOK

      Plaintiff - Appellant

v.

CAROLYN W. COLVIN, Commissioner of Social Security Administration

      Defendant - Appellee

_____

O R D E R
_____

The court grants the motion to file the opening brief out of time, and accepts the brief for filing.

The court extends the briefing schedule as follows:

    Response brief due: 03/04/2016

    Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk